UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDELL CRAWFORD,

    Plaintiff,      Case No. 1:10-cv-1101

v.      HON. JANET T. NEFF

LARRY NIELSEN et al.,

    Defendants.

_____/

## ORDER

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a motion for judgment on the pleadings. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 29, 2011, recommending that this Court grant Defendants' motion and terminate this matter. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 31) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Judgment on the Pleadings (Dkt 23) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Date: January 23, 2012      /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge